Catherine Finnegan
vs.
United Electric Railways Company
No. 75393.

December 29, 1932.

CHURCHILL, J. Heard on the question of the amount of remittitur.

A new trial is granted on all the issues in the case unless the plaintiff, within five days, in writing, remits all of the verdict in excess of $800; otherwise denied.

For plaintiffs: Lee & McCanna.

For defendants: Clifford Whipple, Earle Sweeney.